ASHLIE L. SURUR, ESQ.
Nevada Bar No. 11290
asurur@lawhjc.com

**HALL, JAFFE & CLAYTON, LLP**
7425 Peak Drive
Las Vegas, Nevada 89128
(702) 316-4111
Fax (702)316-4114

*Attorneys for Yellowstone
Homeowners Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE FOR STANWICH MORTGAGE LOAN TRUST A,<br><br>Plaintiff,<br><br>vs.<br><br>SATICOY BAY LLC SERIES 9338 WILDERNESS GLAN AVENUE; YELLOWSTONE HOMEOWNERS ASSOCIATION;<br>Defendants. | Case No.: 2:17-cv-01775-JCM-PAL<br><br>**STIPULATION AND ORDER TO EXTEND RESPONSE DEADLINES**<br>**(First Request)** |

The parties, by and through their respective attorneys of record, stipulate as follows:

**<u>STIPULATION</u>**

1. Wilmington Savings Fund Society, FSB, as Trustee for Stanwich Mortgage Loan Trust A ("Wilmington") filed a motion for summary judgment on September 24, 2018. ECF No. 38.

2. Saticoy Bay LLC Series 9338 Wilderness Glen Avenue ("Saticoy Bay") also filed a motion for summary judgment on September 24, 2018. ECF No. 39.

3. Response to both motions [ECF Nos. 38 and 39] are currently due October 15, 2018.

4. The parties now require additional time to prepare responses to these motions. The motions are 24 and 25 pages, respectively, and contain numerous issues that need to be addressed in the response. The parties agree that more time is needed to fully brief these issues

1

for the court. Therefore, there is good cause to extend the response deadline for these motions [ECF Nos. 38 and 39] to October 29, 2018.

5. This is the parties' first request for an extension of the response deadline. This stipulation is made in good faith and is not designed to unreasonably delay the resolution of this case.

| | |
|---|---|
| Dated: October 15, 2018.<br><br>HALL, JAFFE & CLAYTON, LLP<br><br>By: */s/Ashlie L. Surur*<br>Ashlie L. Surur, Esq.<br>Nevada Bar No. 11290<br>7425 Peak Drive<br>Las Vegas, Nevada 89128<br>*Attorneys for Yellowstone Homeowners Association* | Dated: October 15, 2018<br><br>LAW OFFICES OF<br>MICHAEL F. BOHN, ESQ., LTD.<br><br>By: *Adam R. Trippiedi*<br>Michael F. Bohn, Esq.<br>Nevada Bar No. 1641<br>Adam R. Trippiedi, Esq.<br>Nevada Bar No. 12294<br>2260 Corporate Circle, #480<br>Henderson, Nevada 89119<br>*Attorney for Saticoy Bay LLC Series 9338 Wilderness Glen Avenue* |
| Dated: October 15, 2018.<br><br>*WRIGHT, FINLAY & ZAK, LLP*<br><br>By: *Aaron D. Lancaster*<br>R. Samuel Ehlers, Esq.<br>Nevada Bar No. 9313<br>Aaron D. Lancaster, Esq.<br>Nevada Bar No. 10115<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for Plaintiff/Counter-Defendant, Wilmington Savings Fund Society, FSB, as Trustee for Stanwich Mortgage Loan Trust A* | |

**ORDER**

IT IS SO ORDERED.

DATED: October 16, 2018

*[signature]*

UNITED STATES DISTRICT JUDGE

2

**CERTIFICATE OF SERVICE**

I certify that on October 15, 2018, I served a true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND RESPONSE DEADLINES (First Request)** on the following parties by electronic transmission through the Court's electronic filing system:

Christina Miller, Esq.
Dana Jonathon Nitz, Esq.
Regina A. Habermas, Esq.
Wright, Finlay Zak
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117

Michael F. Bohn, Esq.
Adam R. Trippiedi, Esq.
376 East Warm Springs Rd., Suite 140
Las Vegas, Nevada 89119

_____/s/Ashlie Surur_____
An Employee of HALL JAFFE & CLAYTON, LLP

3