```
1   WRIGHT, FINLAY & ZAK, LLP
    R. Samuel Ehlers, Esq.
2   Nevada Bar No. 9313
    Aaron D. Lancaster, Esq.
3   Nevada Bar No. 10115
4   7785 W. Sahara Ave., Suite 200
    Las Vegas, NV 89117
5   (702) 475-7964; Fax: (702) 946-1345
6   alancaster@wrightlegal.net
    *Attorney for Plaintiff/Counter-Defendant, Wilmington Savings Fund Society, FSB, as Trustee for*
7   *Stanwich Mortgage Loan Trust A*
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE FOR STANWICH MORTGAGE LOAN TRUST A, | Case No.: 2:17-cv-01775- JCM-BNW |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION FOR RECONSIDERATON [ECF No. 78]** |
| vs. | |
| SATICOY BAY LLC SERIES 9338 WILDERNESS GLEN AVENUE; YELLOWSTONE HOMEOWNERS ASSOCIATION, | **[First Request]** |
| Defendants. | |
| SATICOY BAY LLC SERIES 9338 WILDERNESS GLEN AVENUE, | |
| Counterclaimant, | |
| vs. | |
| WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE FOR STANWICH MORTGAGE LOAN TRUST A, | |
| Counter-Defendant. | |

Plaintiff/Counter-Defendant, Wilmington Savings Fund Society, FSB, as Trustee for Stanwich Mortgage Loan Trust A ("Wilmington"), Defendant/Counterclaimant Saticoy Bay LLC

Series 9338 Wilderness Glen Avenue ("Saticoy"), and Defendant Yellowstone Homeowners Association ("Yellowstone") (collectively, the "Parties"), by and through their counsel of record, by and through their respective attorneys of records, hereby agree and stipulate as follows.

1. On March 2, 2020, Saticoy filed a Motion for Reconsideration of this Court's Order Granting Motion for Reconsideration (ECF 70) [ECF No. 78] ("Motion");
2. Wilmington and Yellowstone's responses to Saticoy's Motion are due March 16, 2020;
3. Wilmington and Yellowstone's counsels are requesting an additional ten (10) days to file their responses to Saticoy's Motion, and thus requests up to March 25, 2020, to file their Oppositions;
4. This extension is requested to allow Counsel for Wilmington and Yellowstone additional time to review and respond to the points and authorities cited to in Saticoy's Motion. Wilmington's Counsel has been out of town for depositions in another matter since the Motion was filed.
5. Counsel for Saticoy does not oppose the extension;

/ / /

/ / /

/ / /

/ / /

6. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 11th day of March, 2020.                    DATED this 11th day of March, 2020.

WRIGHT, FINLAY & ZAK, LLP                              LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD.

*/s/___Aaron D. Lancaster_____*                  */s/ __Michael F. Bohn_____*
Aaron D. Lancaster, Esq.                               Michael F. Bohn, Esq.
Nevada Bar No. 10115                                   Nevada Bar No. 1641
*Attorneys for Plaintiff/Counter-Defendant,*           Adam R. Trippiedi, Esq.
*HSBC Bank USA National Association, as*               Nevada Bar No. 12294
*Trustee, in Trust for the Registered Holders of*      *Attorneys for Defendant/Counterclaimant*
*ACE Securities Corp., Home Equity Loan Trust,*        *Saticoy Bay LLC Series 9338 Wilderness*
*Series 2006-FM2, Asset Backed Pass-Through*           *Glen Avenue*
*Certificates*

                                                       DATED this 11th day of March, 2020.

                                                       HALL, JAFFE & CLAYTON, LLP

                                                       */s/__Ashlie L. Surur_____*
                                                       Ashlie L. Surur, Esq.
                                                       Nevada Bar No. 11290
                                                       *Attorneys for Defendant, Yellowstone Homeowners Association*

**ORDER**

IT IS SO ORDERED.

Dated March 12, 2020.

                                                      _____
                                                      UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted by:

WRIGHT, FINLAY & ZAK, LLP
*/s/ Aaron D. Lancaster_____*
Aaron D. Lancaster, Esq.
Nevada Bar No. 10115
*Attorneys for Plaintiff/Counter-Defendant*