MICHAEL F. BOHN, ESQ.
Nevada Bar No.: 1641
mbohn@bohnlawfirm.com
ADAM R. TRIPPIEDI, ESQ.
Nevada Bar No.: 12294
atrippiedi@bohnlawfirm.com
LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.
2260 Corporate Circle, Ste. 480
Henderson, Nevada 89074
(702) 642-3113/ (702) 642-9766 FAX
Attorney for defendant Saticoy Bay LLC
Series 9338 Wilderness Glen Avenue

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE FOR STANWICH MORTGAGE LOAN TRUST A,<br><br>    Plaintiff,<br><br>vs.<br><br>SATICOY BAY LLC SERIES 9338 WILDERNESS GLEN AVENUE; YELLOWSTONE HOMEOWNERS ASSOCIATION,<br><br>    Defendants. | CASE NO.: 2:17-cv-001775-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR SATICOY BAY LLC SERIES 9338 WILDERNESS GLEN AVENUE'S REPLY IN SUPPORT OF MOTION FOR RECONSIDERATION**<br><br>**(First Request)** |
| SATICOY BAY LLC SERIES 9338 WILDERNESS GLEN AVENUE; YELLOWSTONE HOMEOWNERS ASSOCIATION,<br><br>    Counterclaimant,<br><br>vs.<br><br>WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE FOR STANWICH MORTGAGE LOAN TRUST A,<br><br>    Counterdefendant. | |

    IT IS HEREBY STIPULATED AND AGREED by and between defendant Saticoy Bay LLC Series 9336 Wilderness Glen Avenue, by and through its attorney, Adam R. Trippiedi, Esq. ("**Saticoy Bay**");

1

plaintiff Wilmington Savings Fund Society, FSB, as Trustee for Stanwich Mortgage Loan Trust A ("**Wilmington**"), by and through its attorney, Aaron D. Lancaster, Esq.; and defendant Yellowstone Homeowners Association, by and through its attorney, Ashlie L. Surur, Esq., as follows:

1. On March 2, 2020, Saticoy Bay filed a Motion for Reconsideration of this Court's Order Granting Motion for Reconsideration (ECF 70) [ECF No. 78] ("**the Motion**").

2. On March 25, 2020, Wilmington filed an Opposition to the Motion [ECF No. 70] ("**the Opposition**").

3. Saticoy Bay's Reply in Support of the Motion is due April 1, 2020.

4. Saticoy Bay's counsel is requesting an additional twelve (12) days to file its Reply, and thus requests up to April 13, 2020, to file its Reply.

5. This extension is requested to allow counsel for Saticoy Bay additional time to review and respond to the points and authorities cited to in Wilmington's Opposition.

6. This is Saticoy Bay's first request for an extension and this request is made in good faith and not for purposes of delay.

DATED this 1st day of April, 2020.

| LAW OFFICES OF<br>MICHAEL F. BOHN, ESQ. LTD. | WRIGHT, FINLAY & ZAK, LLP |
|---|---|
| By: /s/ *Adam R. Trippiedi, Esq.*<br>　Michael F. Bohn, Esq.<br>　Adam R. Trippiedi, Esq.<br>　2260 Corporate Circle, Suite 480<br>　Henderson, Nevada 89074<br>　Attorney for defendant Saticoy Bay | By: /s/ *Aaron D. Lancaster, Esq.*<br>　Aaron D. Lancaster, Esq.<br>　7785 W. Sahara Ave, Suite 200<br>　Las Vegas, Nevada 89117<br>　Attorney for plaintiff |

HALL, JAFFE & CLAYTON, LLP

By: /s/ *Ashlie L. Surur, Esq.*
　Ashlie L. Surur, Esq.
　7425 Peak Dr
　Las Vegas, Nevada 89128
　Attorney for defendant Yellowstone
　Homeowners Association

**ORDER**

IT IS HEREBY ORDERED as follows:

1. Saticoy Bay reply in support of its Motion for Reconsideration of this Court's Order Granting Motion for Reconsideration (ECF 70) [ECF No. 78] shall be due on or before April 13, 2020.

IT IS SO ORDERED this __2nd__ day of April, 2020.

*/s/ James C. Mahan*
UNITED STATES DISTRICT JUDGE
2:17-cv-001775-JCM-BNW