1  MICHAEL F. BOHN, ESQ.
   Nevada Bar No.: 1641
2  mbohn@bohnlawfirm.com
   ADAM R. TRIPPIEDI, ESQ.
3  Nevada Bar No.: 12294
   atrippiedi@bohnlawfirm.com
4  LAW OFFICES OF
   MICHAEL F. BOHN, ESQ., LTD.
5  2260 Corporate Circle, Ste. 480
   Henderson, Nevada  89074
6  (702) 642-3113/ (702) 642-9766 FAX
   Attorney for defendant Saticoy Bay LLC
7  Series 9338 Wilderness Glen Avenue

8  UNITED STATES DISTRICT COURT

9  DISTRICT OF NEVADA

| | |
|---|---|
| WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE FOR STANWICH MORTGAGE LOAN TRUST A, | CASE NO.:   2:17-cv-001775-JCM-BNW |
| Plaintiff, | **STIPULATION AND ORDER TO WITHDRAW MOTION FOR RECONSIDERATION (ECF 78)** |
| vs. | |
| SATICOY BAY LLC SERIES 9338 WILDERNESS GLEN AVENUE; YELLOWSTONE HOMEOWNERS ASSOCIATION, | |
| Defendants. | |
| SATICOY BAY LLC SERIES 9338 WILDERNESS GLEN AVENUE; YELLOWSTONE HOMEOWNERS ASSOCIATION, | |
| Counterclaimant, | |
| vs. | |
| WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE FOR STANWICH MORTGAGE LOAN TRUST A, | |
| Counterdefendant. | |

   IT IS HEREBY STIPULATED AND AGREED by and between defendant Saticoy Bay LLC Series 9336 Wilderness Glen Avenue, by and through its attorney, Michael F. Bohn, Esq. and plaintiff

1

Wilmington Savings Fund Society, FSB, as Trustee for Stanwich Mortgage Loan Trust by and through its attorney, Aaron D. Lancaster, Esq.; and defendant Yellowstone Homeowners Association, by and through its attorney, Ashlie L. Surur, Esq., that the motion for reconsideration filed by Saticoy Bay on March 2, 2020 as ECF 76 and re-filed on March 2, 2020 as ECF 78, may be withdrawn.

DATED this 13th day of April, 2020.

| LAW OFFICES OF<br>MICHAEL F. BOHN, ESQ. LTD. | WRIGHT, FINLAY & ZAK, LLP |
|---|---|
| By: /s/ *Michael F. Bohn, Esq.*<br>　　Michael F. Bohn, Esq.<br>　　Adam R. Trippiedi, Esq.<br>　　2260 Corporate Circle, Suite 480<br>　　Henderson, Nevada 89074<br>　　Attorney for defendant Saticoy Bay | By: /s/ *Aaron D. Lancaster, Esq.*<br>　　Aaron D. Lancaster, Esq.<br>　　7785 W. Sahara Ave, Suite 200<br>　　Las Vegas, Nevada 89117<br>　　Attorney for plaintiff |

HALL, JAFFE & CLAYTON, LLP

By: /s/ *Ashlie L. Surur, Esq.*
　　Ashlie L. Surur, Esq.
　　7425 Peak Dr
　　Las Vegas, Nevada 89128
　　Attorney for defendant Yellowstone
　　Homeowners Association

**ORDER**

IT IS SO ORDERED April 15, 2020.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

LAW OFFICES OF
MICHAEL F. BOHN, ESQ. LTD.

By: /s/ *Michael F. Bohn, Esq.*
　　Michael F. Bohn, Esq.
　　2260 Corporate Circle, Suite 480
　　Henderson, Nevada 89074
　　Attorney for defendant Saticoy Bay

2