WRIGHT, FINLAY & ZAK, LLP
Robert Riether Esq.
Nevada Bar No. 12076
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
rriether@wrightlegal.net
*Attorneys for Plaintiff/Counter-Defendant, Wilmington Savings Fund Society, FSB, as Trustee for Stanwich Mortgage Loan Trust A*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE FOR STANWICH MORTGAGE LOAN TRUST A, <br><br> Plaintiff, <br> vs. <br><br> SATICOY BAY LLC SERIES 9338 WILDERNESS GLEN AVENUE; YELLOWSTONE HOMEOWNERS ASSOCIATION, <br><br> Defendants. | Case No.: 2:17-cv-01775-JCM-BNW <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO FILE SUPPLEMENT TO PLAINTIFF'S MOTION FOR RECONSIDERATION** |
| SATICOY BAY LLC SERIES 9338 WILDERNESS GLEN AVENUE, <br><br> Counterclaimant, <br> vs. <br><br> WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE FOR STANWICH MORTGAGE LOAN TRUST A, <br><br> Counter-Defendant. | |

Plaintiff/Counter-Defendant, Wilmington Savings Fund Society, FSB, as Trustee for Stanwich Mortgage Loan Trust A ("Wilmington") and Defendant/Counterclaimant Saticoy Bay LLC Series 9338 Wilderness Glen Avenue ("Saticoy") (collectively, the "Parties"), by and through

Page 1 of 3

their counsel of record, by and through their respective attorneys of records, hereby agree and stipulate as follows.

1. Wilmington filed a Motion for Reconsideration of Order Denying its Motion for Summary Judgment & Granting Saticoy Bay's Motion for Summary Judgment (ECF 48) [ECF No. 59] ("Motion") on August 23, 2019;

2. After full briefing, this Court filed its Order Granting Wilmington's Motion [ECF 70] on February 5, 2020;

3. Saticoy filed its Notice of Appeal [ECF 87] on April 20, 2020;

4. The Ninth Circuit Court of Appeals vacated and remanded this case [ECF 95] on November 17, 2021;

5. This Court filed its Order setting the supplemental briefing schedule regarding Wilmington's Motion [ECF 99] ("Order") on December 29, 2021;

6. The Order set Wilmington's deadline to file its supplement to its Motion as January 12, 2022, with Saticoy's reply due within seven days thereafter;

7. **Wilmington is requesting an extension until February 2, 2021 to file it supplement to its Motion with Saticoy's reply due within seven days thereafter;**

8. This extension is requested based on the recently completed the holiday season and the fact that the previous handling attorney, Aaron D. Lancaster, Esq., is no longer with Plaintiff's counsel (ECF No. 100);

9. Additionally, counsel for Saticoy has contracted COVID-19, which has caused additional related delays.

10. Counsel for Saticoy does not oppose the extension;

//

11. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 7th day of January, 2022. | DATED this 7th day of January, 2022. |
| WRIGHT, FINLAY & ZAK, LLP | LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD. |
| */s/ Robert A. Riether* <br> Robert Riether Esq. <br> Nevada Bar No. 12076 <br> *Attorneys for Plaintiff/Counter-Defendant, HSBC Bank USA National Association, as Trustee, in Trust for the Registered Holders of ACE Securities Corp., Home Equity Loan Trust, Series 2006-FM2, Asset Backed Pass-Through Certificates* | */s/ Michael F. Bohn* <br> Michael F. Bohn, Esq. <br> Nevada Bar No. 1641 <br> *Attorneys for Defendant/Counterclaimant Saticoy Bay LLC Series 9338 Wilderness Glen Avenue* |

**ORDER**

IT IS SO ORDERED.

Dated January 10, 2022.

_____
UNITED STATES DISTRICT COURT JUDGE