1   MICHAEL F. BOHN, ESQ.
    Nevada Bar No.: 1641
2   mbohn@bohnlawfirm.com
    LAW OFFICES OF
3   MICHAEL F. BOHN, ESQ., LTD.
    2260 Corporate Circle, Ste. 480
4   Henderson, Nevada  89074
    (702) 642-3113/ (702) 642-9766 FAX
5   Attorney for defendant Saticoy Bay LLC
    Series 9338 Wilderness Glen Avenue
6

7                     UNITED STATES DISTRICT COURT

8                          DISTRICT OF NEVADA

9   WILMINGTON SAVINGS FUND SOCIETY,              CASE NO.:   2:17-cv-001775-JCM-BNW
    FSB, AS TRUSTEE FOR STANWICH
10  MORTGAGE LOAN TRUST A,

11       Plaintiff,                               **STIPULATION AND ORDER TO TO**
                                                  **EXTEND TIME TO FILE REPLY TO**
12  vs.                                           **PLAINTIFF'S SUPPLEMENT TO**
                                                  **MOTION FOR RECONSIDERATION**
13  SATICOY BAY LLC SERIES 9338
    WILDERNESS GLEN AVENUE;
14  YELLOWSTONE HOMEOWNERS
    ASSOCIATION,
15
         Defendants.
16  _____
    SATICOY BAY LLC SERIES 9338
17  WILDERNESS GLEN AVENUE;
    YELLOWSTONE HOMEOWNERS
18  ASSOCIATION,

19       Counterclaimant,

20  vs.

21  WILMINGTON SAVINGS FUND SOCIETY,
    FSB, AS TRUSTEE FOR STANWICH
22  MORTGAGE LOAN TRUST A,

23       Counterdefendant.

24
         IT IS HEREBY STIPULATED AND AGREED by and between defendant Saticoy Bay LLC
25
    Series 9336 Wilderness Glen Avenue, by and through its attorney, Michael F. Bohn, Esq. and  plaintiff
26
    Wilmington Savings Fund Society, FSB, as Trustee for Stanwich Mortgage Loan Trust  by and through
27

28                                               1

1 | its attorney, Robert Riether, Esq. , that defendant Saticoy Bay shall have until  March 4, 2022 to file the

2 | reply to the plaintiffs authorities filed on February 16, 2022 as ECF 106.

3 |         DATED this 23rd   day of  February 2022

4 | LAW OFFICES OF                                        WRIGHT, FINLAY & ZAK, LLP
   | MICHAEL F. BOHN, ESQ. LTD.

5 |

6 | By: /s/ *Michael F. Bohn, Esq.*                   By: /s/ / *Robert Riether, Esq./*
   |     Michael F. Bohn, Esq.                              Robert Riether, Esq.

7 |     2260 Corporate Circle, Suite 480               7785 W. Sahara Ave, Suite 200
   |     Henderson, Nevada 89074                         Las Vegas, Nevada 89117

8 |     Attorney for defendant Saticoy Bay             Attorney for plaintiff
   |                                                    Wilmington  Savings  Fund  Society,  FSB,  as

9 |                                                    Trustee for Stanwich Mortgage Loan Trust

10 |         IT IS SO ORDERED February 25, 2022.

11 |

12 |

13 | UNITED STATES DISTRICT COURT JUDGE

14 | Respectfully submitted by:

15 | LAW OFFICES OF
   | MICHAEL F. BOHN, ESQ. LTD.

16 |

17 | By: /s/ *Michael F. Bohn, Esq.*
   |     Michael F. Bohn, Esq.

18 |     2260 Corporate Circle, Suite 480
   |     Henderson, Nevada 89074

19 |     Attorney for defendant Saticoy Bay

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

2