WRIGHT, FINLAY & ZAK, LLP
Robert Riether Esq.
Nevada Bar No. 12076
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
rriether@wrightlegal.net
*Attorneys for Plaintiff/Counter-Defendant, Wilmington Savings Fund Society, FSB, as Trustee for Stanwich Mortgage Loan Trust A*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE FOR STANWICH MORTGAGE LOAN TRUST A,<br><br>              Plaintiff,<br>    vs.<br><br>SATICOY BAY LLC SERIES 9338 WILDERNESS GLEN AVENUE; YELLOWSTONE HOMEOWNERS ASSOCIATION,<br><br>              Defendants. | Case No.:  2:17-cv-01775-JCM-BNW<br><br>**STIPULATION AND ORDER TO SUBSTITUTE REAL PARTY IN INTEREST AND AMEND CAPTION** |
| SATICOY BAY LLC SERIES 9338 WILDERNESS GLEN AVENUE,<br><br>              Counterclaimant,<br>    vs.<br><br>WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE FOR STANWICH MORTGAGE LOAN TRUST A,<br><br>              Counter-Defendant. | |

Plaintiff/Counter-Defendant, Edward Brown ("Brown"), as substituted party for Wilmington Savings Fund Society, FSB, as Trustee for Stanwich Mortgage Loan Trust A ("Wilmington"), and Defendant/Counterclaimant Saticoy Bay LLC Series 9338 Wilderness Glen

1  Avenue ("Saticoy") (collectively, the "Parties"), by and through their counsel of record, by and
2  through their respective attorneys of records, hereby agree and stipulate as follows.

3        WHEREAS, on June 28, 2017, Wilmington filed Case No. 2:17-cv-01775-JCM-BNW
4  ("Action") against Saticoy Bay LLC Series 9338 Wilderness Glen Avenue and Yellowstone
5  Homeowners Association, to quiet title to the Subject Property as to the Deed of Trust recorded in
6  the official records of the Clark County Recorder's Office on October 14, 2005, as Instrument
7  No. 20051014-0003226 ("Subject Deed of Trust");

8        WHEREAS, Bank of America, N.A. was the lender of the Subject Deed of Trust pursuant
9  to the terms thereunder;

10        WHEREAS, on or about March 29, 2014, Bank of America N.A. assigned the interest in
11  the Subject Deed of Trust to Christiana Trust, a division of Wilmington Savings Fund Society,
12  FSB, not in its individual capacity but as Trustee of ARLP Trust 3 via an Assignment of Deed of
13  Trust recorded in the official records of the Clark County Recorder's Office on April 4, 2014, as
14  Instrument No 20140407-0000013;

15        WHEREAS, on or about December 31, 2015, Christiana Trust, a division of Wilmington
16  Savings Fund Society, FSB, not in its individual capacity but as Trustee of ARLP Trust 3 assigned
17  the interest in the Subject Deed of Trust to Wilmington Savings Fund Society, FSB, as Trustee for
18  Stanwich Mortgage Loan Trust A via an Assignment of Deed of Trust recorded in the official
19  records of the Clark County Recorder's Office on August 16, 2017, as Instrument No. 20170816-
20  0000002.

21        WHEREAS, on or about June 21, 2022, Wilmington Savings Fund Society, FSB, as
22  Trustee for Stanwich Mortgage Loan Trust A assigned the interest in the Subject Deed of Trust to
23  Total Property Solutions, LLC via a Assignment of Deed of Trust recorded in the official records
24  of the Clark County Recorder's Office on June 21, 2022, as Instrument No. 20220621-0001929.

25        WHEREAS, on or about June 21, 2022, Total Property Solutions, LLC assigned the interest
26  in the Subject Deed of Trust to RCG Note Partners, LLC via a Assignment of Deed of Trust
27  recorded in the official records of the Clark County Recorder's Office on June 21, 2022, as
28  Instrument No. 20220621-0001931.

1  WHEREAS, on or about June 21, 2022, RCG Note Partners, LLC assigned the interest in the Subject Deed of Trust to Scottsdale REI, LLC via a Assignment of Deed of Trust recorded in the official records of the Clark County Recorder's Office on June 21, 2022, as Instrument No. 20220621-0001932.

WHEREAS, on or about June 21, 2022, Scottsdale REI, LLC assigned the interest in the Subject Deed of Trust to Edward Brown via a Assignment of Deed of Trust recorded in the official records of the Clark County Recorder's Office on June 21, 2022, as Instrument No. 20220621-0001934.

WHEREAS, the parties, by and through their undersigned counsels of record, hereby stipulate to substitute EDWARD BROWN as the Plaintiff/Counterdefendant in this action in the place and stead of WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE FOR STANWICH MORTGAGE LOAN TRUST A;

**IT IS SO STIPULATED.**

DATED this 6th day of July, 2022.          DATED this 6th day of July, 2022.

| WRIGHT, FINLAY & ZAK, LLP | ROGER P. CROTEAU & ASSOCIATES, LTD |
|---|---|
| */s/ Robert A. Riether* | */s/ Christopher L. Benner* |
| Robert Riether Esq. | Christopher L. Benner, Esq. |
| Nevada Bar No. 12076 | Nevada Bar No. 8963 |
| *Attorneys for Plaintiff/Counter-Defendant, Wilmington Savings Fund Society, FSB, as Trustee for Stanwich Mortgage Loan Trust A* | *Attorneys for Defendant/Counterclaimant Saticoy Bay LLC Series 9338 Wilderness Glen Avenue* |

**IT IS SO ORDERED**

**DATED:** 10:17 am, July 07, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**