WRIGHT, FINLAY & ZAK, LLP
Robert Riether, Esq.
Nevada Bar No. 12076
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
rriether@wrightlegal.net
*Attorneys for Plaintiff/Counter-Defendant Edward Brown*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE FOR STANWICH MORTGAGE LOAN TRUST A,<br><br>Plaintiff,<br>vs.<br><br>SATICOY BAY LLC SERIES 9338 WILDERNESS GLEN AVENUE; YELLOWSTONE HOMEOWNERS ASSOCIATION,<br><br>Defendants. | Case No.: 2:17-cv-01775-JCM-BNW<br><br>**STIPULATION AND ORDER TO RESET BENCH TRIAL DATE** |
| SATICOY BAY LLC SERIES 9338 WILDERNESS GLEN AVENUE,<br><br>Counterclaimant,<br>vs.<br><br>WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE FOR STANWICH MORTGAGE LOAN TRUST A,<br><br>Counter-Defendant. | |

Plaintiff/Counter-Defendant, Edward Brown ("Brown"), as substituted party for Wilmington Savings Fund Society, FSB, as Trustee for Stanwich Mortgage Loan Trust A ("Wilmington"), and Defendant/Counterclaimant Saticoy Bay LLC Series 9338 Wilderness Glen

Page 1 of 5

Avenue ("Saticoy") (collectively, the "Parties"), by and through their counsel of record, hereby agree and stipulate as follows.

1. This is an action for quiet title and declaratory relief following an HOA foreclosure sale. The parties dispute whether the HOA sale extinguished Wilmington/Brown's interest in the subject deed of trust recorded against the subject property.

2. On August 25, 2022, this Court issued an order setting this case for a one-day bench trial for March 27, 2023 at 9:00am ("Original Trial Date") with calendar call set for March 22, 2023 at 1:30pm. [ECF No. 120].

3. On September 23, 2022, Brown facilitated recordation of a Notice of Default and Election to Sell under Deed of Trust ("NOD") related to the property at issue in the case located at 9338 Wilderness Glen Avenue, Las Vegas, Nevada 89178 (the "Property").

4. On December 28, 2022, Brown facilitated recordation of a Notice of Sale under Deed of Trust related to the Property ("NOS"), setting a February 1, 2023 foreclosure sale date ("Foreclosure Sale").

5. On January 13, 2023, Saticoy filed an Emergency Motion for Temporary Restraining Order to stop the Foreclosure Sale, requesting a hearing date before January 30, 2023. ("Emergency Motion"). [ECF No. 121].

6. On January 13, 2023, in response to the Emergency Motion, and pursuant to Federal Rules of Civil Procedure ("FRCP") 65(a)(2), this Court issued an order (the "Order"),

advancing the Trial Date to January 24, 2023 at 9:00am ("New Trial Date") with calendar call on January 18, 2023 at 1:30pm. [ECF No. 122].

7. FRCP Rule 65(a)(2) authorizes consolidation of the trial on the merits and the hearing on the Emergency Motion, and authorizes the Court to advance the trial on the merits as the Court did here.

8. Upon receipt of the Order, the parties met and conferred for the purposes of complying with the Order. Based on that conferral, the Parties agree that it is impracticable, if not impossible, to complete trial on January 24, 2023. Specifically, a trial on the merits may require the testimony of at least two prior loan servicers (BSI and Ocwen), the current loan servicer, and Saticoy.

9. Based on their good faith discussion, counsel for the Parties do not reasonably believe that the necessary witnesses can or will be prepared to present for trial on January 24, 2023. Several of the witnesses—in particular the prior and current loan servicers—are out of state entities. Among other things, the Parties do not have sufficient time to serve subpoenas and assure an appearance by January 24, 2023; additionally, counsel

for Brown is out of the state from January 20 through January 22 on a previously planned personal family trip.

10. After conversing following the Order—and given the practicals of this matter and the Parties' mutual desire to resolve this matter on the merits, the Parties hereby stipulate and agree to resolve the Emergency Motion as follows:

    a. Brown hereby agrees to postpone the February 1, 2023 Foreclosure Sale to a date **after** the original March 27, 2023 trial date.

    b. Saticoy hereby withdraws the Emergency Motion (and will also formally file a notice withdrawing the Emergency Motion for completeness of record);

11. With the basis under FRCP 65(a)(2) for the Order now removed, the Parties hereby respectfully request that this Court reset the New Trial Date back to the Original Trial Date of March 27, 2023 at 9:00am (with Calendar Call on March 22, 2023 at 1:30pm) as originally scheduled, thereby also vacating the required appearance of counsel at the currently scheduled January 18, 2023 calendar call.  This stipulation would also allow the Parties to properly subpoena and confirm trial witness appearances as well as timely prepare the necessary pre-trial order pursuant to Local Rule 16-3(b).

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 17th day of January, 2023. | DATED this 17th day of January, 2023. |
| WRIGHT, FINLAY & ZAK, LLP | ROGER P. CROTEAU & ASSOCIATES, LTD |
| /s/ Robert A. Riether<br>Robert Riether Esq.<br>Nevada Bar No. 12076<br>*Attorneys for Plaintiff/Counter-Defendant, Edward Brown* | /s/ Roger P. Croteau<br>Roger P. Croteau, Esq.<br>Nevada Bar No. 4958<br>*Attorneys for Defendant/Counterclaimant Saticoy Bay LLC Series 9338 Wilderness Glen Avenue* |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Based on the aforementioned stipulation, this matter is reset for a one day bench trial on March 27, 2023 at 9:00am. Calendar call is reset for March 22, 2023 at 1:30p.m.

Consequently, the calendar call hearing on January 18, 2023 is hereby VACATED.

Pre-trial requirements are as follows: See the order regarding trial at ECF No. 123 ¶¶3–20

**IT IS SO ORDERED** January 17, 2023.

_____
**UNITED STATES DISTRICT JUDGE**