WRIGHT, FINLAY & ZAK, LLP
Robert Riether, Esq.
Nevada Bar No. 12076
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
rriether@wrightlegal.net
*Attorneys for Plaintiff/Counter-Defendant Edward Brown*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD BROWN,<br><br>　　　　Plaintiff,<br>　　vs.<br><br>SATICOY BAY LLC SERIES 9338 WILDERNESS GLEN AVENUE; YELLOWSTONE HOMEOWNERS ASSOCIATION,<br><br>　　　　Defendants. | Case No.:  2:17-cv-01775-JCM-BNW<br><br>**STIPULATION AND ORDER TO CONTINUE BENCH TRIAL DATE BASED ON SETTLEMENT** |
| SATICOY BAY LLC SERIES 9338 WILDERNESS GLEN AVENUE,<br><br>　　　　Counterclaimant,<br>　　vs.<br><br>EDWARD BROWN,<br><br>　　　　Counter-Defendant. | |

Plaintiff/Counter-Defendant, Edward Brown ("Brown"), Defendant/Counterclaimant Saticoy Bay LLC Series 9338 Wilderness Glen Avenue ("Saticoy") (collectively, the "Parties"), by and through their counsel of record, hereby agree and stipulate as follows.

1. This is an action for quiet title and declaratory relief following an HOA foreclosure sale. The parties dispute whether the HOA sale extinguished Brown's interest in the subject deed of trust recorded against the subject property.

2. On January 17, 2023, this Court issued an order setting this case for a one-day bench trial for March 27, 2023 at 9:00am ("Trial Date") with calendar call set for March 22, 2023 at 1:30pm. [ECF No. 125].

3. On February 24, 2023, Brown and Saticoy each filed its respective Notice of Pre-Trial Disclosures. [ECF Nos. 127 & 128, respectively].

4. On February 24, 2023, Brown and Saticoy filed its Proposed Joint Pretrial Order. [ECF No. 129].

5. On February 28, 2023, this Court granted the aforementioned Joint Pretrial Order. [ECF No. 130].

6. On March 22, 2023, Brown and Saticoy each filed its respective Trial Brief. [ECF Nos. 133 and 135, respectively].

7. On March 22, 2023, Brown and Saticoy each filed its respective Proposed Findings of Fact and Conclusions of Law. [ECF Nos. 132 & 134, respectively].

8. On March 22, 2023, Brown and Saticoy appeared at Calendar Call.

9. The Parties can now report that they have reached a settlement that would resolve all claims in this matter.

**10.** As a result, the Parties hereby stipulate and respectfully request a corresponding Order from this Court to CONTINUE the March 27, 2023 Trial Date by approximately seventy-five (75) days (until June 12, 2023, or the soonest possible date thereafter based on the Court's schedule) to allow the Parties to finalize the settlement and execute a stipulation to dismiss the litigation.

**IT IS SO STIPULATED.**

DATED this 23rd day of March, 2023.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Robert A. Riether*
Robert Riether Esq.
Nevada Bar No. 12076
*Attorneys for Plaintiff/Counter-Defendant,*
*Edward Brown*

DATED this 23rd day of March, 2023.

ROGER P. CROTEAU & ASSOCIATES, LTD

*/s/ Roger P. Croteau*
Roger P. Croteau, Esq.
Nevada Bar No. 4958
*Attorneys for Defendant/Counterclaimant*
*Saticoy Bay LLC Series 9338 Wilderness*
*Glen Avenue*

**ORDER**

Based on the aforementioned stipulation, this matter is reset for a one day bench trial on **June 26, 2023, at 9:00 a.m**, pending submission of any settlement/dismissal documents which would vacate the trial date.

To the extent necessary, a Calendar call is set for **June 21, 2023, at 1:30 p.m.**

All other pre-trial requirements have already been completed.

**IT IS SO ORDERED** March 23, 2022.

_____
**UNITED STATES DISTRICT JUDGE**