WRIGHT, FINLAY & ZAK, LLP
Robert Riether, Esq.
Nevada Bar No. 12076
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
rriether@wrightlegal.net
*Attorneys for Plaintiff/Counter-Defendant Edward Brown*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD BROWN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SATICOY BAY LLC SERIES 9338 WILDERNESS GLEN AVENUE; YELLOWSTONE HOMEOWNERS ASSOCIATION,<br><br>　　　　Defendants.<br><br>SATICOY BAY LLC SERIES 9338 WILDERNESS GLEN AVENUE,<br><br>　　　　Counterclaimant,<br><br>vs.<br><br>EDWARD BROWN,<br><br>　　　　Counter-Defendant. | Case No.: 2:17-cv-01775-JCM-BNW<br><br>**STIPULATION AND ORDER TO DISMISS CERTAIN PARTIES**<br>AND ORDER |

Plaintiff/Counter-Defendant, Edward Brown ("Brown") and Defendant/Counterclaimant Saticoy Bay LLC Series 9338 Wilderness Glen Avenue ("Saticoy")

1

(collectively, the "Parties"), by and through their counsel of record, hereby agree and stipulate as follows:

1. The Parties hereby dismiss all claims against each other with prejudice, each party to bear its own fees and costs.

**IT IS SO STIPULATED.**

DATED this 21st day of April, 2023.

WRIGHT, FINLAY & ZAK, LLP

/s/ Robert A. Riether
Robert Riether Esq.
Nevada Bar No. 12076
*Attorneys for Plaintiff/Counter-Defendant Edward Brown*

DATED this 21st day of April, 2023.

ROGER P. CROTEAU & ASSOCIATES, LTD

/s/ Christopher L. Benner
Roger P. Croteau, Esq.
Nevada Bar No. 4958
Christopher L. Benner, Esq.
Nevada Bar No. 8963
*Attorneys for Defendant Saticoy Bay LLC Series 9338 Wilderness Glen Avenue*

## ORDER

IT IS SO ORDERED.

DATED: April 24, 2023

_____
UNITED STATES DISTRICT COURT JUDGE