WRIGHT, FINLAY & ZAK, LLP
Robert Riether, Esq.
Nevada Bar No. 12076
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
rriether@wrightlegal.net
*Attorneys for Plaintiff/Counter-Defendant Edward Brown*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EDWARD BROWN,<br><br>  Plaintiff,<br>vs.<br><br>SATICOY BAY LLC SERIES 9338 WILDERNESS GLEN AVENUE; YELLOWSTONE HOMEOWNERS ASSOCIATION,<br><br>  Defendants.<br><br>SATICOY BAY LLC SERIES 9338 WILDERNESS GLEN AVENUE,<br><br>  Counterclaimant,<br>vs.<br><br>EDWARD BROWN,<br><br>  Counter-Defendant. | Case No.: 2:17-cv-01775-JCM-BNW<br><br>**STIPULATION AND ORDER TO DISMISS YELLOWSTONE HOMEOWNERS ASSOCIATION** |

Plaintiff/Counter-Defendant, Edward Brown ("Brown") and Defendant Yellowstone Homeowners Association ("HOA") (collectively, the "Parties"), by and through their counsel of record, hereby agree and stipulate as follows:

///

///

///

///

///

1

1. Brown hereby dismisses all claims against the HOA without prejudice.

**IT IS SO STIPULATED.**

DATED this 3rd day of May, 2023.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Robert A. Riether*
Robert Riether Esq.
Nevada Bar No. 12076
*Attorneys for Plaintiff/Counter-Defendant Edward Brown*

DATED this 3rd day of May, 2023.

SURUR LAW GROUP, LLC

*/s/ Ashlie Surur*
Ashlie Surur, Esq.
Nevada Bar No. 11290
*Attorneys for Defendant Yellowstone Homeowners Association*

## ORDER

IT IS SO ORDERED.

DATED: May 4, 2023

UNITED STATES DISTRICT COURT JUDGE